**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eliza H.R. BIGHETTY, a.k.a. Eliza Batarseh, a.k.a. Eliza Hume Rambo Kruse, a.k.a. Eliza Shuys, a.k.a. Eliza Steward/Stewart, Defendant—Appellant.**

No. 11–30009.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Michael Symington Morgan, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee.

Lynn Hartfield, Assistant Federal Public Defender, Seattle, WA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

<hr>

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM [**]

Eliza H.R. Bighetty appeals from the 48–month sentence imposed following her guilty-plea convictions for aggravated identity theft, in violation of 18 U.S.C. § 1028A, and for theft of government funds, in violation of 18 U.S.C. § 641. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Bighetty contends that her sentence is substantively unreasonable. The record reflects that Bighetty's within-Guidelines sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

